LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
MARIA V. MORRIS (223903)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mwinkler@lerachlaw.com
mmorris@lerachlaw.com

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGER
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezager@sbclasslasw.com
shandler@sbclasslaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re RAMBUS INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Master File No. C-06-3513-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT |

1    This Stipulation is entered into by and among plaintiffs and nominal defendant Rambus Inc.
2  ("Rambus") and defendants Harold Hughes, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald,
3  Mark Horowitz, Kevin J. Kennedy and Abraham Sofaer, through their attorneys of record.
4    WHEREAS, on August 9, 2006, the Court ordered that plaintiffs shall file a Consolidated
5  Complaint by September 25, 2006; and
6    WHEREAS, plaintiffs have requested a one-week extension from September 25, 2006 to
7  October 2, 2006 to file and serve the Consolidated Complaint; and
8    WHEREAS, defendants do not object to such an extension of time.
9    THEREFORE, the undersigned parties stipulate as follows:
10   1.   Plaintiffs shall file and serve the Consolidated Complaint by October 2, 2006;
11   2.   Defendants shall file and serve their response to the Consolidated Complaint by
12  November 16, 2006;
13   3.   Plaintiffs shall file and serve their opposition to defendants' motion to dismiss by
14  January 3, 2007; and
15   4.   Defendants shall file and serve their reply by January 17, 2007.
16   IT IS SO STIPULATED.

17  DATED:  September 25, 2006         LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
18                                    TRAVIS E. DOWNS III
                                      BENNY C. GOODMAN III
19                                    THOMAS G. WILHELM

20                                         s/ Travis E. Downs III
                                          TRAVIS E. DOWNS III
21
                                      655 West Broadway, Suite 1900
22                                    San Diego, CA  92101
                                      Telephone:  619/231-1058
23                                    619/231-7423 (fax)

24                                    LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
25                                    SHAWN A. WILLIAMS
                                      MONIQUE C. WINKLER
26                                    MARIA V. MORRIS
                                      100 Pine Street, Suite 2600
27                                    San Francisco, CA  94111
                                      Telephone:  415/288-4545
28                                    415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING
FILING OF CONSOLIDATED COMPLAINT - C-06-3513-JF                                    - 1 -

|   |   |
|---|---|
| 1 | |
| 2 | SCHIFFRIN & BARROWAY, LLP<br>ERIC L. ZAGER<br>SEAN M. HANDLER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax)<br>ezager@sbclasslasw.com<br>shandler@sbclasslaw.com<br><br>Lead Counsel for Plaintiffs |

    I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this *Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint*.  In compliance with General Order 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in this filing.

DATED:  September 25, 2006    WILSON SONSINI GOODRICH &
  ROSATI, P.C.
BORIS FELDMAN
IGNACIO E. SALCEDA
RANDOLPH GAW

          s/ Ignacio E. Salceda
          IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Counsel for Nominal Defendant Rambus, Inc. and Defendants Harold Hughes, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Kevin J. Kennedy and Abraham Sofaer

                    *    *    *

**O R D E R**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  9/27/06                _____
                                            THE HONORABLE JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE

S:\CasesSD\Rambus Derivative\STP00035071-Cont.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Travis E. Downs III
TRAVIS E. DOWNS III

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  travisd@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03513-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Randolph Gaw**
  rgaw@wsgr.com lmontoya@wsgr.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com der_filings@sbclasslaw.com

- **Erin Jane Holland**
  eholland@wsgr.com

- **Frank James Johnson**
  frank@johnsonlawfirmapc.com brett@johnsonlawfirmapc.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)