**E-filed 1/17/07**

1  BORIS FELDMAN, State Bar No. 128838
   DOUGLAS J. CLARK, State Bar No. 171499
2  IGNACIO E. SALCEDA, State Bar No. 164017
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100

6  Attorneys for Defendants Harold E. Hughes, Jr.,
   Mark Horowitz, P. Michael Farmwald, Kevin J.
7  Kennedy, J. Thomas Bentley, Abraham D.
   Sofaer, Sunlin Chou and Nominal Defendant
8  Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE RAMBUS INC. DERIVATIVE LITIGATION, | CASE NO.:  C-06-3513 JF |
|---|---|
| This Document Relates To: | STIPULATION AND [P~~ROPOS~~ED] ORDER RE BRIEFING AND HEARING MOTION TO STAY PROCEEDINGS PENDING THE INVESTIGATION OF THE SPECIAL LITIGATION COMMITTEE |
| All Actions. | |

WHEREAS, Lead Plaintiffs filed a consolidated amended complaint on October 2, 2006 (the "Complaint");

WHEREAS, nominal defendant Rambus Inc. ("Rambus") has formed a Special Litigation Committee to investigate the allegations asserted in the Complaint and to evaluate potential claims or other actions arising from Rambus's stock option granting activities;

WHEREAS, the Court held a Case Management Conference in this action on December 15, 2006;

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING AND HEARING MOTION TO STAY
PROCEEDINGS PENDING INVESTIGATION OF
SPECIAL LITIGATION COMMITTEE
CASE NO. C-06-3513 JF

-1-

3014356_1.DOC

1  WHEREAS, on December 15, 2006, Rambus filed a motion to stay all proceedings in
2 this derivative action up to and including March 30, 2007, pending the investigation of the
3 Special Litigation Committee (the "motion to stay");

4  WHEREAS, the motion to stay was noticed for hearing on February 23, 2007, at 9:00
5 a.m.;

6  WHEREAS, counsel for plaintiffs has requested and defendants have agreed to move the
7 hearing on the motion to stay to March 9, 2007, at 9:00 a.m.;

8  WHEREAS, the Court scheduled a further Case Management Conference to be held
9 before the Court on April 6, 2007, at 10:30 a.m.;

10  IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and
11 between the undersigned that:

12  1.  Plaintiffs' opposition to the motion to stay shall be filed on or before January 26,
13 2007.

14  2.  Defendants' reply in support of the motion to stay shall be filed on or before
15 February 16, 2007.

16  3.  A hearing on the motion to stay shall be held on March 9, 2007, at 9:00 a.m.

17  4.  Should the Court deny the motion to stay, Defendants' response to the Complaint
18 shall be due fourteen (14) days from entry of such an Order.

Dated: January 12, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Ignacio E. Salceda
      Ignacio E. Salceda

Attorneys for Defendants Harold E. Hughes, Jr., Mark Horowitz, P. Michael Farmwald, Kevin J. Kennedy, J. Thomas Bentley, Abraham D. Sofaer, Sunlin Chou and Nominal Defendant Rambus Inc.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING MOTION TO STAY PROCEEDINGS PENDING INVESTIGATION OF SPECIAL LITIGATION COMMITTEE
CASE NO. C-06-3513 JF

-2-

3014356_1.DOC

| | | |
|---|---|---|
| 1 | Dated: January 12, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | Travis E. Downs III |
| | | 655 West Broadway, Suite 1900 |
| 3 | | San Diego, CA 92101 |
| | | Telephone: (619) 231-1058 |
| 4 | | Facsimile: (619) 231-7423 |
| 5 | | -and- |
| 6 | | Shawn A. Williams |
| | | 100 Pine Street, Suite 2600 |
| 7 | | San Francisco, CA 94111 |
| | | Telephone: (415) 288-4545 |
| 8 | | Facsimile (415) 288-4535 |
| 9 | | SCHIFFRIN & BARROWAY, LLP |
| | | Eric L. Zagar |
| 10 | | Robin Winchester |
| | | 280 King of Prussia Road |
| 11 | | Radnor, PA 19087 |
| | | Telephone: (610) 667-7706 |
| 12 | | Facsimile: (610) 667-7056 |

By:  /s/ Travis E. Downs III
           Travis E. Downs III

Lead Counsel for Lead Plaintiffs Howard Chu and Gaetano Ruggieri

| | | |
|---|---|---|
| 17 | Dated January 12, 2007 | SHEARMAN & STERLING LLP |
| | | Jeffrey S. Facter |
| 18 | | Justin S. Chang |
| | | 525 Market Street |
| 19 | | San Francisco, CA 94105 |
| | | Telephone: (415) 616-1100 |
| 20 | | Facsimile: (415) 616-1199 |

By:  /s/  Justin S. Chang
           Justin S. Chang

Attorneys for Defendants William H. Davidow, Bruce Dunlevie and Charles Geschke

STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING MOTION TO STAY PROCEEDINGS PENDING INVESTIGATION OF SPECIAL LITIGATION COMMITTEE
CASE NO. C-06-3513 JF

-3-

3014356_1.DOC

| | |
|---|---|
| Dated: January 12, 2007 | IRELL AND MANELLA LLP<br>David Siegel<br>Martin N. Gelfand<br>John C. Hueston<br>Kevin Lloyd<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-1010<br>Facsimile:  (310) 203-7199 |
| | By:  /s/ Kevin Lloyd<br>         Kevin Lloyd |
| | Attorneys for Defendant Geoff Tate |
| Dated: January 12, 2007 | MORRISON & FOERSTER LLP<br>Darryl P. Rains<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5600<br>Facsimile:  (650) 494-0792 |
| | By:  /s/ Darryl P. Rains<br>         Darryl P. Rains |
| | Attorneys for Defendants John D. Danforth and Laura Stark |

**ORDER**

IT IS SO ORDERED.

DATED:  ___1/17/07_____

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

1  I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2  to file this Stipulation and [Proposed] Order Re Briefing and Hearing Motion to Stay
3  Proceedings Pending the Investigation of the Special Litigation Committee.  I hereby attest that
4  Travis E. Downs III, Justin S. Chang, Kevin Lloyd and Darryl P. Rains have concurred in this
5  filing.

7  Dated:  January 12, 2007                              WILSON SONSINI GOODRICH & ROSATI
                                                         Professional Corporation

9                                                        By:  /s/   Ignacio E. Salceda
                                                               Ignacio E. Salceda

   Attorneys for Defendants Harold E. Hughes, Jr.,
   Mark Horowitz, P. Michael Farmwald, Kevin J.
   Kennedy, J. Thomas Bentley, Abraham D. Sofaer,
   Sunlin Chou and Nominal Defendant Rambus Inc.

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING AND HEARING MOTION TO STAY
PROCEEDINGS PENDING INVESTIGATION OF
SPECIAL LITIGATION COMMITTEE
CASE NO. C-06-3513 JF
                                  -5-                                    3014356_1.DOC