**E-filed 3/8/07**

1  BORIS FELDMAN, State Bar No. 128838
   DOUGLAS J. CLARK, State Bar No. 171499
2  IGNACIO E. SALCEDA, State Bar No. 164017
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendants Harold E. Hughes, Jr.,
   Mark Horowitz, P. Michael Farmwald, Kevin J.
7  Kennedy, J. Thomas Bentley, Abraham D.
   Sofaer, Sunlin Chou and Nominal Defendant
8  Rambus Inc.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  IN RE RAMBUS INC. DERIVATIVE      )   CASE NO.: C-06-3513 JF
    LITIGATION,                        )
13  _____    )   STIPULATION AND [P~~ROPOSED~~]
                                       )   ORDER RESETTING HEARING ON
14  This Document Relates To:          )   MOTION TO STAY PROCEEDINGS
                                       )   PENDING THE INVESTIGATION OF
15      All Actions.                   )   THE SPECIAL LITIGATION
                                       )   COMMITTEE
16                                     )
                                       )
17                                     )
                                       )
18  _____    )

19      WHEREAS, Lead Plaintiffs filed a consolidated amended complaint on October 2, 2006

20  (the "Complaint");

21      WHEREAS, nominal defendant Rambus Inc. ("Rambus") has formed a Special Litigation

22  Committee ("SLC") to investigate the allegations asserted in the Complaint and to evaluate

23  potential claims or other actions arising from Rambus's stock option granting activities;

24      WHEREAS, on December 15, 2006, Rambus filed a motion for a temporary stay of all

25  proceedings pending the investigation of the SLC (the "Motion to Stay");

26      WHEREAS, the Motion to Stay is currently set for hearing on March 9, 2007, at 9:00

27  a.m.;

28      WHEREAS, counsel for plaintiffs and counsel for Rambus have discussed the status of

1 the SLC investigation and the scheduling of the hearing on the Motion to Stay and believe that

2 rescheduling the hearing is appropriate and will conserve judicial resources;

3     IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and

4 between the undersigned that:

5     1.    The hearing on the Motion to Stay shall be held on April 27, 2007, at 9:00 a.m.

| | |
|---|---|
| Dated: March 6, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ Ignacio E. Salceda<br>      Ignacio E. Salceda<br><br>Attorneys for Defendants Harold E. Hughes, Jr., Mark Horowitz, P. Michael Farmwald, Kevin J. Kennedy, J. Thomas Bentley, Abraham D. Sofaer, Sunlin Chou and Nominal Defendant Rambus Inc. |
| Dated: March 6, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>Travis E. Downs III<br>Benny C. Goodman III<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>-and-<br><br>Shawn A. Williams<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile (415) 288-4535<br><br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>Eric L. Zagar<br>Robin Winchester<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>By: /s/ Benny C. Goodman III<br>      Benny C. Goodman III<br><br>Lead Counsel for Lead Plaintiffs Howard Chu and Gaetano Ruggieri |

| | | |
|---|---|---|
| 1 | Dated: March 6, 2007 | SHEARMAN & STERLING LLP |
| 2 | | Jeffrey S. Facter |
| | | Justin S. Chang |
| 3 | | 525 Market Street |
| | | San Francisco, CA  94105 |
| 4 | | Telephone:  (415) 616-1100 |
| | | Facsimile:  (415) 616-1199 |

By: /s/ Justin S. Chang
      Justin S. Chang

Attorneys for Defendants William H. Davidow, Bruce Dunlevie and Charles Geschke

Dated: March 6, 2007

IRELL AND MANELLA LLP
David Siegel
Martin N. Gelfand
John C. Hueston
Garland Kelley
Kevin Lloyd
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

By: /s/ David Siegel
      David Siegel

Attorneys for Defendant Geoff Tate

Dated: March 6, 2007

MORRISON & FOERSTER LLP
Darryl P. Rains
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

By: /s/ Darryl P. Rains
      Darryl P. Rains

Attorneys for Defendants John D. Danforth and Laura Stark

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO STAY PROCEEDINGS PENDING INVESTIGATION OF SPECIAL LITIGATION COMMITTEE
CASE NO. C-06-3513 JF

-3-

3069366_1.DOC

| | |
|---|---|
| Dated: March 6, 2007 | FENWICK & WEST LLP<br>Susan S. Muck<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 875-2300<br>Facsimile:  (415) 281-1350<br><br>-and-<br><br>Jay L. Pomerantz<br>Felix S. Lee<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone: (650) 988-8500<br>Facsimile (650) 938-5200<br><br>By:  /s/  Jay L. Pomerantz<br>           Jay L. Pomerantz<br><br>Attorneys for Defendant Robert K. Eulau |

**ORDER**

IT IS SO ORDERED.

DATED:  3/8/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RESETTING
HEARING ON MOTION TO STAY PROCEEDINGS PENDING
INVESTIGATION OF SPECIAL LITIGATION COMMITTEE
CASE NO. C-06-3513 JF

-4-

3069366_1.DOC

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Resetting Hearing on Motion to Stay Proceedings Pending the Investigation of the Special Litigation Committee. I hereby attest that Benny C. Goodman III, Justin S. Chang, David Siegel, Darryl P. Rains and Jay L. Pomerantz have concurred in this filing.

Dated: March 6, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/  Ignacio E. Salceda
     Ignacio E. Salceda

Attorneys for Defendants Harold E. Hughes, Jr., Mark Horowitz, P. Michael Farmwald, Kevin J. Kennedy, J. Thomas Bentley, Abraham D. Sofaer, Sunlin Chou and Nominal Defendant Rambus Inc.

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO STAY PROCEEDINGS PENDING INVESTIGATION OF SPECIAL LITIGATION COMMITTEE
CASE NO. C-06-3513 JF

-5-

3069366_1.DOC