*efiled 4/4/07

1  BORIS FELDMAN, State Bar No. 128838
   DOUGLAS J. CLARK, State Bar No. 171499
2  IGNACIO E. SALCEDA, State Bar No. 164017
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendants Harold E. Hughes, Jr.,
   Mark Horowitz, P. Michael Farmwald, Kevin J.
7  Kennedy, J. Thomas Bentley, Abraham D.
   Sofaer, Sunlin Chou and Nominal Defendant
8  Rambus Inc.

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | IN RE RAMBUS INC. DERIVATIVE       ) CASE NO.: C-06-3513 JF
   | LITIGATION,                         )
13 |                                     ) STIPULATION AND [PROPOSED]
   |                                     ) ORDER RESETTING CASE
14 | This Document Relates To:           ) MANAGEMENT CONFERENCE
   |                                     )
15 |      All Actions.                   )
   |                                     )
16 |                                     )
   |                                     )
17 |                                     )
   |                                     )
18 |                                     )

19       WHEREAS, the Board of Directors of nominal defendant Rambus Inc. ("Rambus")

20 formed a Special Litigation Committee ("SLC") to investigate the allegations asserted in the

21 Complaint and to evaluate potential claims or other actions arising from Rambus's stock option

22 granting activities;

23       WHEREAS, the Court scheduled a Case Management Conference for April 6, 2007, at

24 10:30 am to discuss the outcome of the SLC's process;

25       WHEREAS, counsel for the the parties and the SLC have been in discussions concerning

26 the SLC's process and believe that rescheduling the Case Management Conference is appropriate

27 in light of those discussions, and would conserve judicial resources;

28

1     WHEREAS, there is currently scheduled for April 27, 2007, at 9:00 a.m. a hearing before the Court on Rambus's motion for a temporary stay of all proceedings pending the investigation of the SLC;

     IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and between the undersigned that:

     1.     The Case Management Conference shall be held on April 27, 2007, at 10:30 a.m.

Dated: April 2, 2007                         WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation

                                             By:  /s/ Ignacio E. Salceda
                                                     Ignacio E. Salceda

                                             Attorneys for Defendants Harold E. Hughes,
                                             Jr., Mark Horowitz, P. Michael Farmwald,
                                             Kevin J. Kennedy, J. Thomas Bentley,
                                             Abraham D. Sofaer, Sunlin Chou and Nominal
                                             Defendant Rambus Inc.

Dated: April 2, 2007                         LERACH COUGHLIN STOIA
                                             GELLER RUDMAN & ROBBINS LLP
                                             Travis E. Downs III
                                             Benny C. Goodman III
                                             655 West Broadway, Suite 1900
                                             San Diego, CA 92101
                                             Telephone: (619) 231-1058
                                             Facsimile: (619) 231-7423

                                             -and-

                                             Shawn A. Williams
                                             100 Pine Street, Suite 2600
                                             San Francisco, CA 94111
                                             Telephone: (415) 288-4545
                                             Facsimile (415) 288-4535

                                             SCHIFFRIN BARROWAY TOPAZ &
                                             KESSLER, LLP
                                             Eric L. Zagar
                                             Robin Winchester
                                             280 King of Prussia Road
                                             Radnor, PA 19087
                                             Telephone: (610) 667-7706
                                             Facsimile: (610) 667-7056

                                             By:  /s/   Travis E. Downs III
                                                       Travis E. Downs III

                                             Lead Counsel for Lead Plaintiffs Howard Chu
                                             and Gaetano Ruggieri

| | |
|---|---|
| Dated: April 2, 2007 | SHEARMAN & STERLING LLP<br>Jeffrey S. Facter<br>Justin S. Chang<br>525 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br><br>By:  \s\ Justin S. Chang<br>          Justin S. Chang<br><br>Attorneys for Defendants William H. Davidow, Bruce Dunlevie and Charles Geschke |
| Dated: April 2, 2007 | IRELL AND MANELLA LLP<br>David Siegel<br>Martin N. Gelfand<br>John C. Hueston<br>Garland Kelley<br>Kevin Lloyd<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>By:  \s\ Martin N. Gelfand<br>          Martin N. Gelfand<br><br>Attorneys for Defendant Geoff Tate |
| Dated: April 2, 2007 | MORRISON & FOERSTER LLP<br>Darryl P. Rains<br>Stephanie L. Zeller<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br><br>By:  \s\ Stephanie L. Zeller<br>          Stephanie L. Zeller<br><br>Attorneys for Defendant John D. Danforth |

1     **ORDER**

2  IT IS SO ORDERED.

3  DATED:   4/30/07

     _____
4                                    THE HONORABLE JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Resetting Case Management Conference.  I hereby
3 attest that Travis E. Downs III, Justin S. Chang, Martin N. Gelfand, and Stephanie L. Zeller have
4 concurred in this filing.

6 Dated:  April 2, 2007                                WILSON SONSINI GOODRICH & ROSATI
                                                       Professional Corporation

8                                                      By:   /s/    Ignacio E. Salceda
                                                                    Ignacio E. Salceda

10                                                     Attorneys for Defendants Harold E. Hughes, Jr.,
                                                       Mark Horowitz, P. Michael Farmwald, Kevin J.
                                                       Kennedy, J. Thomas Bentley, Abraham D. Sofaer,
11                                                     Sunlin Chou and Nominal Defendant Rambus Inc.