**E-filed 4/17/07**

BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
IGNACIO E. SALCEDA, State Bar No. 164017
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Harold E. Hughes, Jr., Mark Horowitz, P. Michael Farmwald, Kevin J. Kennedy, J. Thomas Bentley, Abraham D. Sofaer, Sunlin Chou and Nominal Defendant Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS INC. DERIVATIVE LITIGATION, <br><br> This Document Relates To: <br><br> All Actions. | CASE NO.: C-06-3513 JF <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RESETTING HEARING ON MOTION TO STAY AND CASE MANAGEMENT CONFERENCE |

WHEREAS, the Board of Directors of nominal defendant Rambus Inc. ("Rambus") formed a Special Litigation Committee ("SLC") to investigate the allegations asserted in the Complaint and to evaluate potential claims or other actions arising from Rambus's stock option granting activities;

WHEREAS, there is currently scheduled for April 27, 2007, at 9:00 a.m. a hearing before the Court on Rambus's motion for a temporary stay of all proceedings pending the investigation of the SLC as well as Case Management Conference to discuss the outcome of the SLC's process;

WHEREAS, counsel for the parties and the SLC have been in discussions concerning the SLC's process and believe that rescheduling the hearing on the Motion to Stay and of the Case

1  Management Conference is appropriate in light of those discussions, and would conserve judicial
2  resources;
3   IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and
4  between the undersigned that:
5   1.  The hearing on the Motion to Stay and the Case Management Conference shall be
6  held on June 1, 2007, at 9:00 a.m.

Dated: April 16, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Ignacio E. Salceda
   Ignacio E. Salceda

Attorneys for Defendants Harold E. Hughes, Jr., Mark Horowitz, P. Michael Farmwald, Kevin J. Kennedy, J. Thomas Bentley, Abraham D. Sofaer, Sunlin Chou and Nominal Defendant Rambus Inc.

Dated: April 16, 2007

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
Travis E. Downs III
Benny C. Goodman III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

-and-

Shawn A. Williams
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile (415) 288-4535

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Eric L. Zagar
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

By:  /s/    Travis E. Downs III
   Travis E. Downs III

Lead Counsel for Lead Plaintiffs Howard Chu and Gaetano Ruggieri

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO STAY AND CASE MANAGEMENT CONFERENCE
CASE NO. C-06-3513 JF

-2-

3098284_1.DOC

| | | |
|---|---|---|
| 1 | Dated: April 16, 2007 | SHEARMAN & STERLING LLP |
| 2 | | Jeffrey S. Facter |
| | | Justin S. Chang |
| 3 | | 525 Market Street |
| | | San Francisco, CA  94105 |
| 4 | | Telephone:  (415) 616-1100 |
| | | Facsimile:  (415) 616-1199 |

By:   /s/  Justin S. Chang
            Justin S. Chang

Attorneys for Defendants William H. Davidow, Bruce Dunlevie and Charles Geschke

Dated: April 16, 2007

IRELL AND MANELLA LLP
David Siegel
Martin N. Gelfand
John C. Hueston
Garland Kelley
Kevin Lloyd
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

By:   /s/ Martin N. Gelfand
            Martin N. Gelfand

Attorneys for Defendant Geoff Tate

Dated: April 16, 2007

MORRISON & FOERSTER LLP
Darryl P. Rains
Stephanie L. Zeller
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

By:   /s/ Stephanie L. Zeller
            Stephanie L. Zeller

Attorneys for Defendant John D. Danforth

Dated: April 16, 2007

BERGESON, LLP
Daniel Bergeson
Donald P. Gagliardi
303 Almaden Blvd., Suite 500
San Jose, CA  95110-2712
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

By:   /s/ Donald P. Gagliardi
            Donald P. Gagliardi

Attorneys for Defendant David Mooring

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO STAY AND CASE MANAGEMENT CONFERENCE
CASE NO. C-06-3513 JF

-3-

3098284_1.DOC

**ORDER**

IT IS SO ORDERED.

DATED: 4/17/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO STAY AND CASE MANAGEMENT CONFERENCE
CASE NO. C-06-3513 JF

-4-

3098284_1.DOC

1  I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2  to file this Stipulation and [Proposed] Order Resetting Hearing on Motion to Stay and Case
3  Management Conference.  I hereby attest that Travis E. Downs III, Justin S. Chang, Martin N.
4  Gelfand, Stephanie L. Zeller and Donald P. Gagliardi have concurred in this filing.

6  Dated:  April 16, 2007           WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation

8                                   By:  /s/   Ignacio E. Salceda
                                              Ignacio E. Salceda

                                    Attorneys for Defendants Harold E. Hughes, Jr.,
10                                  Mark Horowitz, P. Michael Farmwald, Kevin J.
                                    Kennedy, J. Thomas Bentley, Abraham D. Sofaer,
11                                  Sunlin Chou and Nominal Defendant Rambus Inc.