**E-filed 6/26/07**

1   BORIS FELDMAN, State Bar No. 128838
    DOUGLAS J. CLARK, State Bar No. 171499
2   IGNACIO E. SALCEDA, State Bar No. 164017
    BETTY CHANG ROWE, State Bar No. 214068
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   650 Page Mill Road
    Palo Alto, CA 94304-1050
5   Telephone:  (650) 493-9300
    Facsimile:  (650) 565-5100
6
    Attorneys for Defendants Rambus Inc.,
7   Harold Hughes, Mark Horowitz,
    P. Michael Farmwald and Kevin Kennedy
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  IN RE RAMBUS INC. SECURITIES          )   MASTER FILE NO.: C-06-4346 JF
    LITIGATION                            )
13  _____      )   **STIPULATION AND [~~PROPOSED~~]
                                          )   ORDER REGARDING BRIEFING**
14  This Document Relates To:             )   **SCHEDULE FOR DEFENDANTS'**
                                          )   **MOTION TO DISMISS**
15      All Actions.                      )   **PLAINTIFF'S CONSOLIDATED**
                                          )   **AMENDED CLASS ACTION**
16                                        )   **COMPLAINT**
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
    _____      )
21

22          WHEREAS, all of the defendants filed motions to dismiss plaintiffs' Consolidated

23  Amended Class Action Complaint ("Complaint");

24          WHEREAS, pursuant to the Stipulation and Order dated May 21, 2007, the briefing and

25  hearing of these motions were taken off calendar and the parties were to report to the Court

26  within 30 days on whether there will be a need to put such motions back on calendar;

27          WHEREAS, the parties believe it is appropriate that the briefing and hearing of the

28  motions to dismiss remain off calendar;

3133472_1.DOC

1    THEREFORE, subject to Court approval, the parties request that the briefing and hearing

2  of the motions to dismiss remain off calendar and that the parties report to the Court within 30

3  days of this Order on whether there will be a need to put such motions back on calendar.

4  Dated:  June 21, 2007              WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

5

6

7                         By: /s/ Ignacio E. Salceda
                              Ignacio E. Salceda

8                        Attorneys for Defendants Rambus, Inc.,
Harold Hughes, Mark Horowitz, P. Michael

9                        Farmwald and Kevin Kennedy

10  Dated:  June 21, 2007

11                        By:   /s/   Howard T. Longman

12                      Howard T. Longman (Admitted *Pro Hac Vice*)
*tsvi@aol.com*

13                      STULL, STULL & BRODY
6 East 45th St.

14                      New York, NY  10017
Tel:  (212) 687-7230

15                      Fax:  (212) 490-2022

16                      Timothy J. Burke
STULL, STULL & BRODY

17                      10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA  90024

18                      Tel:  (310) 209-2468
Fax:  (310) 209-2087

19

20                      Gary S. Graifman
(Admitted Pro Hac Vice)

21                      *ggraifman@kgglaw.com*
KANTROWITZ, GOLDHAMER &

22                      GRAIFMAN
210 Summit Ave.

23                      Montvale, NJ  07645
Tel:  (201) 391-7000

24                      Fax:  (201) 307-1088

25                      Co-Lead Counsel for Lead Plaintiff

26

27

28

1

2 Dated:  June 21, 2007              SHEARMAN & STERLING LLP
Jeffrey S. Facter
3                                       Justin S. Chang
525 Market Street
4                                         San Francisco, CA  94105
Telephone:  (415) 616-1100
5                                         Facsimile:  (415) 616-1199

6                                         By:  _/s/  Justin S. Chang_____
7                                                 Justin S. Chang

8                                         Attorneys for Defendants William H. Davidow,
Bruce Dunlevie and Charles Geschke

9

10 Dated:  June 21, 2007              MORRISON & FOERSTER LLP
Darryl P. Rains
11                                         Stephanie L. Zeller
755 Page Mill Road
12                                         Palo Alto, CA  94304
Telephone:  (650) 813-5600
13                                         Facsimile:  (650) 494-0792

14                                         By:  __/s/ Stephanie L. Zeller_____
15                                               Stephanie L. Zeller

                                      Attorneys for Defendant John D. Danforth

16

17 Dated:  June 21, 2007              BERGESON, LLP
Daniel Bergeson
18                                         Donald P. Gagliardi
303 Almaden Blvd., Suite 500
19                                         San Jose, CA  95110-2712
Telephone:  (408) 291-6200
20                                         Facsimile:  (408) 297-6000

21                                         By:  __/s/ Donald P. Gagliardi_____
                                            Donald P. Gagliardi

22                                       Attorneys for Defendant David Mooring

23

24

25

26

27

28

1

Dated:  June 21, 2007

IRELL AND MANELLA LLP
David Siegel

2

Martin N. Gelfand
John C. Hueston

3

Garland Kelley
Alexander Karpman

4

1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

5

Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

6

7

By:   /s/  David Siegel
David Siegel

8

Attorneys for Defendant Geoff Tate

9

10

Dated:  June 21, 2007

FENWICK & WEST LLP
Susan S. Muck
Christine A. Vogelei

11

555 California Street, 12th Floor
San Francisco, CA  94104

12

Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

13

14

-and-

15

Jay L. Pomerantz
Felix S. Lee

16

Silicon Valley Center
801 California Street

17

Mountain View, CA  94041
Telephone: (650) 988-8500

18

Facsimile (650) 938-5200

19

By:   /s/  Christine A. Vogelei
Christine A. Vogelei

20

Attorneys for Defendant Robert K. Eulau

21

22

23

24

25

26

27

28

-4-

3133472_1.DOC

1   Dated:  June 21, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS POLK & WARDWELL

James H.R. Windels
Cheryl T. Viirand
450 Lexington Avenue
New York, NY  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 450-3800

-and-

Anthony I. Fenwick
Jill Zimmerman
1600 El Camino Real
Menlo Park, CA  94025
Telephone: (650) 752-2000
Facsimile (650) 752-2111


By:  /s/   James H.R. Windels
         James H.R. Windels

Attorneys for Defendant
PricewaterhouseCoopers LLP

Stip and [Proposed] Order re: Briefing
Schedule  on Defs' motions To Dismiss
Pltff's Consol. Amended Class Action
Complaint; Case No. C-06-4346 JF
-5-
3133472_1.DOC

1

**ORDER**

2              Pursuant to the parties' stipulation, the briefing and hearing on defendants' motions to

3   dismiss the Consolidated Amended Class Action Complaint remain off calendar and the parties

4   are ordered to report to the Court within 30 days on whether the motions should be put back on

5   calendar.

6   IT IS SO ORDERED.

7   Dated: _____6/26/07_____     _____

8                                                            THE HONORABLE JEREMY FOGEL
                                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Ignacio E. Salceda, am the ECF User whose identification and password are being used

2 to file the Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants'

3 Motions to Dismiss Plaintiff's Consolidated Amended Class Action Complaint.  I hereby attest

4 that Howard T. Longman, Justin S. Chang, Stephanie L. Zeller, Donald P. Gagliardi, David

5 Siegel, Christine A. Vogelei and James H.R. Windels have concurred in this filing.

6

7 Dated:  June 21, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
8

9                                         By:  /s/    Ignacio E. Salceda
                                                Ignacio E. Salceda
10

11                                        Attorneys for Defendants Rambus Inc.,
                                          Harold Hughes, Mark Horowitz,
12                                        P. Michael Farmwald and Kevin Kennedy

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28