COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
kathyh@csgrr.com
bgoodman@csgrr.com
mcalkins@csgrr.com
    – and –
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
mwinkler@csgrr.com
abaig@csgrr.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
TARA KAO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
tkao@sbtklaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re RAMBUS INC. DERIVATIVE LITIGATION | ) ) ) Master File No. C-06-3513-JF |
| This Document Relates To: | ) ) STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON RAMBUS' MOTION TO TERMINATE AND CONTINUING CASE |
| ALL ACTIONS. | ) ) MANAGEMENT CONFERENCE ) |

WHEREAS, on October 5, 2007, Nominal Defendant Rambus Inc. ("Rambus") filed a Motion to Terminate Derivative Litigation Pursuant to the Report of the Special Litigation Committee (the "Motion");

WHEREAS, plaintiffs' opposition to the Motion is currently due December 28, 2007;

WHEREAS, plaintiffs have requested an extension of time to obtain and review discovery to oppose the Motion; and

WHEREAS Rambus has offered plaintiffs an extension to February 1, 2008 to file their opposition to the Motion.

THEREFORE, IT IS HEREBY STIPULATED THAT:

1.      Plaintiffs' opposition to the Motion shall be extended to February 1, 2008;

2.      Rambus' reply in support of its Motion shall be extended to February 22, 2008;

3.      The hearing on the Motion shall be continued from January 18, 2008 to March 7, 2008 at 9:00 a.m.;

4.      The Case Management Conference set for January 18, 2008 shall be continued to March 7, 2008 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: December 17, 2007

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS


            s/ KATHLEEN A. HERKENHOFF
            KATHLEEN A. HERKENHOFF

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
TARA KAO
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Lead Counsel for Plaintiffs

*I, Kathleen A. Herkenhoff, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Briefing and Hearing Schedule on Rambus' Motion to Terminate and Continuing Case Management conference. In compliance with General Order 45, X.B., I hereby attest that Ignacio Salceda has concurred in this filing.*

DATED: December 17, 2007

WILSON SONSINI GOODRICH &
  ROSATI, P.C.
BORIS FELDMAN
DOUGLAS J. CLARK
IGNACIO SALCEDA


         s/ IGNACIO SALCEDA
          IGNACIO SALCEDA

1

650 Page Mill Road
2          Palo Alto, CA  94304-1050
           Telephone:  650/493-9300
3          650/493-6811 (fax)

4          Attorneys for Nominal Defendant Rambus Inc.

5                              *        *        *

6                              **O R D E R**

7          PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9    DATED:  _____12/18/07_____    _____
                                             THE HONORABLE JEREMY FOGEL
10                                           UNITED STATES DISTRICT JUDGE

11   S:\CasesSD\Rambus Derivative\S_O00047948.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2007.

s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Kathyh@csgrr.com

# Mailing Information for a Case 5:06-cv-03513-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel J. Bergeson**
  dbergeson@be-law.com,swalker@be-law.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Justin S. Chang**
  jchang@shearman.com,rcheatham@shearman.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Peter J. Drobac**
  pdrobac@mwe.com,clovdahl@mwe.com

- **Maria Ellinikos**
  mellinikos@akingump.com,aregch@akingump.com

- **Jeffrey S. Facter**
  jfacter@shearman.com,rcheatham@shearman.com,jae.ko@shearman.com

- **Donald P. Gagliardi**
  dgagliardi@be-law.com,gsimmons@be-law.com

- **Martin N. Gelfand**
  mgelfand@irell.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Sean M. Handler , Esq**
  ecf_filings@sbtklaw.com

- **Erin Jane Holland**
  eholland@foley.com

- **John Charles Hueston**
  jhueston@irell.com

- **Robert B. Humphreys**
  rhumphreys@akingump.com,westdocketing@akingump.com,lbonvissuto@akingump.com

- **Matthew J. Jacobs**
  mjacobs@mwe.com,aleonetti@mwe.com

- **Frank James Johnson**
  frankj@johnsonbottini.com,brett@johnsonbottini.com,frankb@johnsonbottini.com,trisha@johnsonbottini.com

- **Alexander Louis Karpman**
  akarpman@irell.com

- **Steve Shea Kaufhold**
  skaufhold@akingump.com,cgoodman@akingump.com,lrojas@akingump.com

- **Garland Aycuff Kelley**
  GKelley@irell.com

- **Jennifer Lauren Klem**
  jklem@mwe.com

- **Elizabeth Dianne Lear**
  elear@be-law.com,mfields@be-law.com

- **Melinda Mae Morton**
  mmorton@be-law.com,gsimmons@be-law.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **David Siegel**
  dsiegel@irell.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

- **Stephanie Laura Zeller**
  szeller@mofo.com,llontayao@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`