SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP
Eric L. Zagar (250519)
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
tkao@sbtklaw.com

COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
Travis E. Downs III (148274)
Benny C. Goodman III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@csgrr.com
bennyg@ csgrr.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS, INC. DERIVATIVE LITIGATION | Case No.: C-06-3513-JF |
| This Document Relates To:<br>All Actions. | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR 60 DAYS** |

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE FOR 60 DAYS
Case No. C-06-03513-JF

Subject to the approval of the Court, the parties respectfully request that Plaintiffs' opposition to Nominal Defendant Rambus, Inc.'s Motion to Terminate Pursuant to the Special Litigation Committee's Report which is currently due on February 1, 2008 be continued and due on April 1, 2008 and that the hearing of said motion be continued to a date and time to be set by the Court in order to allow the parties to continue discussions regarding the possible resolution of the pending litigation.

The parties further request that the Case Management Conference, currently set for March 7, 2008, at 9:00 a.m., remain on calendar.

Dated: January 29, 2008

SCHIFFRIN BARROWAY TOPAZ  
& KESSLER, LLP

*/s Eric L. Zagar*  
Eric L. Zagar (250519)  
Robin Winchester  
James H. Miller  
280 King of Prussia Road  
Radnor, PA 19087  
Telephone: (610) 667-7706  
Facsimile: (610) 667-7056

COUGHLIN STOIA  
GELLER RUDMAN & ROBBINS LLP  
Travis E. Downs III (148274)  
Benny C. Goodman III (211302)  
655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: (619) 231-1058  
Facsimile: (619) 231-7423

*Lead Counsel for Plaintiffs*

1  Dated: January 29, 2008                    WILSON SONSINI
2                                             GOODRICH & ROSATI. P.C.

3                                             /s/ Ignacio E. Salceda
                                              Ignacio E. Salceda (164017)
4                                             650 Page Mill Road
                                              Palo Alto, CA 94304
5                                             Telephone: (650) 493-9300
                                              Facsimile: (650) 493-6811
6
                                              *Attorneys for Defendants Harold E. Hughes, Jr.,*
7                                             *Mark Horowitz, P. Michael Farmwald, Kevin J.*
                                              *Kennedy, and Nominal Defendant Rambus Inc.*
8

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE FOR 60 DAYS
Case No. C-06-03513-JF

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, Plaintiffs' opposition to Nominal Defendant Rambus, |
| 3 | Inc.'s Motion to Terminate Pursuant to the Special Litigation Committee's Report is due to be |
| 4 | filed on April 1, 2008 and the hearing of said motion is continued to a date and time to be set by |
| 5 | the Court.  Motion to Terminate is rescheduled for May 9, 2008 at 9:00 AM. |
| 6 | The Case Management Conference, currently set for March 7, 2008, at 9:00 a.m. will |
| 7 | remain on calendar. |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: ___1/30/08_____ |
| 10 | THE HONORABLE JEREMY FOGEL<br>UNITED STATES DISTRICT JUDGE |

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE FOR 60 DAYS
Case No. C-06-03513-JF

1     I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Extending Briefing Schedule for 60 Days. I hereby attest that Eric L. Zagar has concurred in this filing.

Dated: January 29, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/    Ignacio E. Salceda
        Ignacio E. Salceda

*Attorneys for Defendants Harold E. Hughes, Jr., Mark Horowitz, P. Michael Farmwald, Kevin J. Kennedy, and Nominal Defendant Rambus Inc.*