Timothy J. Burke (181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Howard T. Longman (Admitted *Pro Hac Vice*)
tsvi@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Gary S. Graifman (Admitted *Pro Hac Vice*)
ggraifman@kgglaw.com
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York
Tel: (845) 356-2570
Fax: (845) 356-4335

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS, INC. SECURITIES LITIGATION | Master File No. C06-4346 JF |
| | **CLASS ACTION** |
| This Document Relates To: | **STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE; AND [P~~ROPOSED~~] ORDER** |
| ALL ACTIONS. | |
| | DATE: March 5, 2008<br>TIME: 1:30 p.m.<br>CTRM: Honorable Jeremy Fogel |

| | |
|---|---|
| 1 | **WHEREAS**, there is currently a Case Management Conference scheduled for March 7, |
| 2 | 2008, 10:30 a.m., which the parties agree should be moved to accommodate certain travel issues of |
| 3 | plaintiff's counsel, subject to approval of the Court, to March 5, 2008 at 1:30 p.m.; |
| 4 | **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the |
| 5 | undersigned parties as follows: |
| 6 | 1. The Case Management Conference in this matter, previously scheduled for March 7, |
| 7 | 2008, shall be rescheduled for March 5, 2008 at 1:30 p.m.. |
| 8 | **IT IS SO STIPULATED.** |

## ATTESTATION OF TIMOTHY J. BURKE

I, Timothy J. Burke, hereby attest that the contents of this document are acceptable to all persons required to sign it. I further attest that I have on file the consent for the signatures indicated as "conformed" signature (/s/) within this efiled document.

Timothy J. Burke
STULL, STULL & BRODY

Dated: February 15, 2008      By: _____/ s /_____
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:    (310) 209-2468
Fax:   (310) 209-2087

Howard T. Longman (Admitted *Pro Hac Vice*)
tsvi@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:   (212) 490-2022

Gary S. Graifman (Admitted *Pro Hac Vice*)
ggraifman@kgglaw.com
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York
Tel:    (845) 356-2570
Fax:   (845) 356-4335
***Co-Lead Counsel for Plaintiffs***

2

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
F:\WPDATA\Aer\Rambus\Stip to Move CMC.Feb.15.08.wpd    2

1  \

4              _____/s/_____
               Ignacio E. Salceda, Esq.
5              isalceda@wsgr.com
               **WILSON SONSINI GOODRICH**
6              **& ROSATI**
               650 Page Mill Road
7              Palo Alto, CA 94304
               Tel: 650-493-9300
8              Fax: 650-493-6811

9              *Attorneys for Defendants Rambus, Inc., Hughes,*
               *Farmwald, Horowitz and Kennedy*

12             __/s/_____
               Jeffrey S. Facter
               Justin S. Chang
13             jfacter@shearman.com
               jchang@shearman.com
14             **SHEARMAN & STERLING, LLP**
               525 Market Street, Suite 1500
15             San Francisco, CA 94105-2723
               Tel: 415-616-1100
16             Fax: 415-616-1199

17             *Attorneys for Defendants Dunlevie, Davidow,*
               *Geschke*

19             _____/ s/ Stephanie L. Zeller_____
               Darryl P. Rains, Esq. (CA SBN 104802)
20             Stephanie L. Zeller, Esq. (CA 223693)
               MORRISON & FOERSTER, LLP
21             755 Page Road
               Palo Alto, CA 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
22             Tel: 650-813-5600
               Fax: 650-494-0792
23             Drains@mofo.com
               Szeller@mofo.com
24             *Attorneys for Defendant John Danforth*

3

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
F:\WPDATA\Aer\Rambus\Stip to Move CMC.Feb.15.08.wpd            3

| | |
|---|---|
| 1 | /s/ Jim Windells |
| | Anthony I. Fenwick |
| 2 | Jill Zimmerman |
| | Jim Windells (Admitted *Pro Hac Vice*) |
| 3 | **DAVIS POLK & WARDWELL** |
| | 1600 El Camino Real |
| 4 | Menlo Park, California 94025 |
| | Tel: 650-752-2000 |
| 5 | Fax: 650-752-2111 |
| | anthony.fenwick@dpw.com |
| 6 | jill.zimmerman@dpw.com |
| | *Counsel for Defendant PricewaterhouseCoopers, LLP* |
| 7 | |
| 8 | |
| 9 | /s/ Carlos Orellana, Esq. |
| | Susan S. Muck (SBN 126930) |
| | Carlos Orellana, Esq. |
| 10 | **FENWICK & WEST** |
| | 555 California Street, 12th Floor |
| 11 | San Francisco, California 94104 |
| | Tel: 415-875-2300 |
| 12 | Fax: 415-281-1350 |
| | smuck@fenwick.com |
| 13 | corellana@fenwick.com |
| | *Counsel for Defendant Robert Eulau* |
| 14 | |
| 15 | /s/ David Siegel |
| | David Siegel |
| 16 | Martin N. Gelfand |
| | John C. Hueston |
| 17 | Garland Kelley |
| | Alexander Karpman |
| 18 | **IRELL AND MANELLA, LLP** |
| | 1800 Avenue of the Stars, Suite 900 |
| 19 | Los Angeles, California 90067 |
| | Tel: 310-277-1010 |
| 20 | Fax: 310-203-7199 |
| | Akarpman@irell.com |
| 21 | Dsiegal@irell.com |
| | *Counsel for Defendant Geoff Tate* |

4

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
F:\WPDATA\Aer\Rambus\Stip to Move CMC.Feb.15.08.wpd      4

**[Proposed] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the hearing date for the Case Management Conference, currently scheduled for March 7, 2008, shall be hereby rescheduled for March 5, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: __2/22/08_____ _____
Honorable Jeremy Fogel
United States District Court Judge

5

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On February 15, 2008, I served the document(s) described as:

**STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

__xx__  BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2008, at Los Angeles, California 90024.

| MELANIE JACOBS | /s/ |
|---|---|
| Type or Print Name | Signature |

6

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
F:\WPDATA\Aer\Rambus\Stip to Move CMC.Feb.15.08.wpd          6

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | Howard T. Longman, (Admitted *Pro Hac Vice*) | Jeffrey S. Facter<br>Justin S. Chang |
| 3 | tsvi@aol.com<br>STULL, STULL & BRODY | jfacter@shearman.com<br>jchang@shearman.com |
| 4 | 6 East 45th Street<br>New York, NY 10017 | **SHEARMAN & STERLING, LLP**<br>525 Market Street, Suite 1500 |
| 5 | Tel: (212) 687-7230<br>Fax: (212) 490-2022 | San Francisco, CA 94105-2723<br>Tel: 415-616-1100 |
| 6 | | Fax: 415-616-1199 |
| | Gary S. Graifman (Admitted *Pro Hac Vice*) | *Attorneys for Defendants Dunlevie, Davidow, Geschke* |
| 7 | ggraifman@kgglaw.com<br>KANTROWITZ, GOLDHAMER & | |
| 8 | GRAIFMAN, P.C. | Ignacio E. Salceda, Esq. |
| | 747 Chestnut Ridge Road | isalceda@wsgr.com |
| 9 | Chestnut Ridge, New York<br>Tel: (845) 356-2570 | **WILSON SONSINI GOODRICH & ROSATI** |
| 10 | Fax: (845) 356-4335 | 650 Page Mill Road<br>Palo Alto, CA 94304 |
| 11 | *Co-Lead Counsel for Plaintiffs* | Tel: 650-493-9300<br>Fax: 650-493-6811 |
| 12 | | *Attorneys for Defendants Rambus, Inc., Hughes, Farmwald, Horowitz and Kennedy* |
| 13 | | |
| 14 | | Darryl P. Raines, Esq. (CA SBN 104802)<br>Stephanie L. Zeller, Esq. (CA 223693) |
| 15 | | MORRISON & FOERSTER, LLP<br>755 Page Road |
| | | Palo Alto, CA 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 |
| 16 | | Tel: 650-813-5600 |
| | | Fax: 650-494-0792 |
| 17 | | Drains@mofo.com<br>Szeller@mofo.com |
| 18 | | *Attorneys for Defendant John Danforth* |
| 19 | | Anthony I. Fenwick |
| | | Jill Zimmerman |
| 20 | | DAVIS POLK & WARDWELL<br>1600 El Camino Real |
| 21 | | Menlo Park, California 94025<br>Tel: 650-752-2000 |
| 22 | | Fax: 650-752-2111<br>anthony.fenwick@dpw.com |
| 23 | | jill.zimmerman@dpw.com<br>*Counsel for Defendant* |
| 24 | | *PricewaterhouseCoopers, LLP* |
| 25 | | |
| 26 | | **Attorneys for Defendants** |
| 27 | | |
| 28 | | |

7

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
F:\WPDATA\Aer\Rambus\Stip to Move CMC.Feb.15.08.wpd    7