SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP
Eric L. Zagar (250519)
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
tkao@sbtklaw.com

COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
Travis E. Downs III (148274)
Benny C. Goodman III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@csgrr.com
bennyg@ csgrr.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RAMBUS, INC. DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> All Actions. | Case No.: C-06-3513-JF <br><br> **UNOPPOSED MOTION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR 14 DAYS** |

1  Subject to the approval of the Court, Plaintiffs respectfully request that Plaintiffs'
2  opposition to Nominal Defendant Rambus, Inc.'s Motion to Terminate Pursuant to the Special
3  Litigation Committee's Report, which is currently due on April 1, 2008, be continued and due on
4  April 15, 2008 and that the hearing of said motion and case management conference, which are
5  currently set for May 9, 2008, be continued to May 23, 2008 at 9:30 a.m. and 10:30 a.m., or to a
6  date and time to be set by the Court.  Plaintiffs request this extension in order to allow the parties
7  to continue discussions regarding the possible resolution of the pending litigation.  Defendants
8  do not oppose this motion.

9  Dated: <u>March 31, 2008</u>          SCHIFFRIN BARROWAY TOPAZ
                                          & KESSLER, LLP

                                          <u>/s Eric L. Zagar</u>
                                          Eric L. Zagar (250519)
                                          Robin Winchester
                                          Tara P. Kao
                                          280 King of Prussia Road
                                          Radnor, PA 19087
                                          Telephone: (610) 667-7706
                                          Facsimile: (610) 667-7056


                                          COUGHLIN STOIA
                                          GELLER RUDMAN & ROBBINS LLP
                                          Travis E. Downs III (148274)
                                          Benny C. Goodman III (211302)
                                          655 West Broadway, Suite 1900
                                          San Diego, CA 92101
                                          Telephone: (619) 231-1058
                                          Facsimile: (619) 231-7423

                                          *Lead Counsel for Plaintiffs*

2

UNOPPOSED MOTION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE FOR 14 DAYS
Case No. C-06-03513-JF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to Plaintiffs' unopposed motion, Plaintiffs' opposition to Nominal Defendant Rambus, Inc.'s Motion to Terminate Pursuant to the Special Litigation Committee's Report is due to be filed on April 15, 2008,  the hearing of said motion is continued to May 23, 2008 at 9:30 a.m., and the case management conference is continued to May 23, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Dated: __4/2/08_____                _____
                                                                THE HONORABLE JEREMY FOGEL
                                                                 UNITED STATES DISTRICT JUDGE

3

UNOPPOSED MOTION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE FOR 14 DAYS
Case No. C-06-03513-JF