SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP
Eric L. Zagar (250519)
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
tkao@sbtklaw.com

COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
Travis E. Downs III (148274)
Benny C. Goodman III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@csgrr.com
bennyg@ csgrr.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS, INC. DERIVATIVE LITIGATION | Case No.: C-06-3513-JF |
| This Document Relates To: | **JOINT REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| All Actions. | DATE:  June 20, 2008<br>TIME:   9:00 a.m.<br>BEFORE: The Honorable Jeremy Fogel |

1    On May 23, 2008, the parties appeared before the Court for a case management

2 conference at which time the Court set a date of June 20, 2008 to hold a hearing for preliminary

3 approval of settlement.  Since that time, the parties have continued their discussions and are in

4 the process of working out several remaining issues and, therefore, have not completed the

5 settlement documents to be filed with the Court. Accordingly, the parties respectfully request

6 that the preliminary approval hearing currently set for June 20, 2008 be continued until July 25,

7 2008.

8

9    Dated: June 19, 2008                     SCHIFFRIN BARROWAY TOPAZ
                                               & KESSLER, LLP
10

11                                             /s/   Robin Winchester
                                               Eric L. Zagar (250519)
12                                             Robin Winchester
                                               Tara P. Kao
13                                             280 King of Prussia Road
                                               Radnor, PA 19087
14                                             Telephone: (610) 667-7706
                                               Facsimile: (610) 667-7056
15

16                                             COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
17                                             Travis E. Downs III (148274)
                                               Benny C. Goodman III (211302)
18                                             655 West Broadway, Suite 1900
                                               San Diego, CA 92101
19                                             Telephone: (619) 231-1058
                                               Facsimile: (619) 231-7423
20
                                               *Lead Counsel for Plaintiffs*
21

22

23

24

25

26

27   JOINT STIPULATION TO CONTINUE HEARING DATE                          - 1 -
     Case No. C-06-03513-JF
28

1

2   Dated: June 19, 2008                    WILSON SONSINI GOODRICH &
                                            ROSATI, P.C.
3

4                                           /s/  Ignacio E. Salceda
                                            Boris Feldman
5                                           Douglas J. Clark
                                            Ignacio E. Salceda
6                                           650 Page Mill Road
                                            Palo Alto, CA  94304-1050
7                                           Telephone:  (650) 493-9300
                                            Facsimile: (650) 493-6811
8
                                            *Attorneys for Defendants Harold Hughes, Kevin J.*
9                                           *Kennedy, J. Thomas Bentley, Sunlin Chou, P.*
                                            *Michael Farmwald, Mark Horowitz, Abraham*
10                                          *Sofaer, Subodh Toprani, Laura S. Stark and*
                                            *Nominal Defendant Rambus Inc.*
11

12  Dated: June 19, 2008                    IRELL & MANELLA LLP

13
                                            /s/  Alexander Karpman
14                                          David Siegel
                                            Martin N. Gelfand
15                                          John C. Hueston
                                            Garland Kelley
16                                          Alexander Karpman
                                            1800 Avenue of the Stars, Suite 900
17                                          Los Angeles, CA  90067-4276
                                            Telephone:  (310) 277-1010
18                                          Facsimile: (310) 203-7199

19                                          *Attorneys for Defendant Geoff Tate*

20  Dated: June 19, 2008                    MORRISON & FOERSTER, LLP

21
                                            /s/  Darryl P. Rains
22                                          Stephanie L. Zeller
                                            Darryl P. Rains
23                                          755 Page Mill Road
                                            Palo Alto, CA  94304-1018
24                                          Telephone:  (650) 813-5600
                                            Facsimile: (650) 494-0792
25
                                            *Attorneys for Defendant John D. Danforth*
26

27  _____
    JOINT STIPULATION TO CONTINUE HEARING DATE                      - 2 -
28  Case No. C-06-03513-JF

Dated: June 19, 2008                    SHEARMAN & STERLING LLP


                                        /s/  Justin S. Chang
                                        Justin S. Chang
                                        Jeffrey S. Facter
                                        525 Market Street, 15th Floor
                                        San Francisco, CA  94105
                                        Telephone:  (415) 616-1100
                                        Facsimile: (415) 616-1199

                                        *Attorneys for Defendants William Davidow, Bruce Dunlevie and Charles Geschke*

Dated: June 19, 2008                    BERGESON, LLP


                                        /s/  Donald P. Gagliardi
                                        Donald P. Gagliardi
                                        Daniel J. Bergeson
                                        Elizabeth Dianne Lear
                                        Melinda Mae Morton
                                        303 Almaden Blvd., Suite 500
                                        San Jose, CA  95110
                                        Telephone:  (408) 291-6200
                                        Facsimile: (408) 297-6000

                                        *Attorneys for Defendant David Mooring*

Dated: June 19, 2008                    MCDERMOTT WILL & EMERY


                                        /s/  Jennifer L. Klem
                                        Peter J. Drobac
                                        Matthews J. Jacobs
                                        Jennifer L. Klem
                                        3150 Porter Drive
                                        Palo Alto, CA  94304
                                        Telephone:  (650) 813-5000
                                        Facsimile: (650) 813-5100

                                        *Attorneys for Defendant Gary Harmon*

Dated: June 19, 2008

AKIN, GUMP, STRAUSS, HAUER
& FELD, L.L.P.


/s/   Steven Kaufhold
Steven Kaufhold
Maria Ellinikos
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone: (415) 765-9560
Facsimile: (415) 765-9501

*Attorneys for Defendant Ed Larsen*


## ORDER

Pursuant to the Joint Stipulation, the preliminary approval hearing will be continued until July 25, 2008.

IT IS SO ORDERED.

Dated:  6/20/08

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

1        I, Ignacio E. Salceda, am the ECF User whose identification and password are being used

2  to file the Joint Request and [Proposed] Order to Continue Hearing for Preliminary Approval of

3  Settlement.  I hereby attest that Justin S. Chang, Darryl P. Rains, Donald P. Gagliardi, Alexander

4  Karpman, Jennifer L. Klem, Steven Kaufhold and Robin Winchester have concurred in this

5  filing.

6

7  Dated:  June 19, 2008              WILSON SONSINI GOODRICH & ROSATI

8                                  Professional Corporation

9                             By:   /s/  Ignacio E. Salceda

10                                 Ignacio E. Salceda

11                    Attorneys for Defendants Harold Hughes, Kevin
J. Kennedy, J. Thomas Bentley, Sunlin Chou, P.

12                    Michael Farmwald, Mark Horowitz, Abraham
Sofaer, Subodh Toprani, Laura S. Stark and

13                    Nominal Defendant Rambus Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28