SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP
Eric L. Zagar (250519)
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
ezagar@sbtklaw.com
rwinchester@sbtklaw.com
tkao@sbtklaw.com

COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
Travis E. Downs III (148274)
Benny C. Goodman III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@csgrr.com
bennyg@ csgrr.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RAMBUS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No.: C-06-3513-JF<br><br>**JOINT REQUEST TO CONTINUE HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>DATE:   July 25, 2008<br>TIME:   9:00 a.m.<br>BEFORE:   The Honorable Jeremy Fogel |

1  Currently, the Court has set a preliminary approval hearing for July 25, 2008. The parties
2 are in the process of completing the settlement documents to be filed with the Court.
3 Accordingly, the parties respectfully request that the preliminary approval hearing currently set
4 for July 25, 2008 be continued until September 5, 2008.

Dated: July 24, 2008

SCHIFFRIN BARROWAY TOPAZ
   & KESSLER, LLP

/s/   Eric L. Zagar
Eric L. Zagar (250519)
Robin Winchester
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
Travis E. Downs III (148274)
Benny C. Goodman III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Lead Counsel for Plaintiffs*

Dated: July 24, 2008

WILSON SONSINI GOODRICH &
   ROSATI, P.C.

/s/   Ignacio E. Salceda
Boris Feldman
Douglas J. Clark
Ignacio E. Salceda
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants Harold Hughes, Kevin J. Kennedy, J. Thomas Bentley, Sunlin Chou, P. Michael Farmwald, Mark Horowitz, Abraham Sofaer, Subodh Toprani, Laura S. Stark and Nominal Defendant Rambus Inc.*

1  Dated: July 24, 2008                IRELL & MANELLA LLP

2                                      /s/   Garland Kelley
                                       David Siegel
3                                      Martin N. Gelfand
                                       John C. Hueston
4                                      Garland Kelley
                                       Alexander Karpman
5                                      1800 Avenue of the Stars, Suite 900
                                       Los Angeles, CA  90067-4276
6                                      Telephone: (310) 277-1010
                                       Facsimile: (310) 203-7199
7
                                       *Attorneys for Defendant Geoff Tate*
8

9  Dated: July 24, 2008                MORRISON & FOERSTER, LLP

10
                                       /s/   Darryl P. Rains
11                                     Stephanie L. Zeller
                                       Darryl P. Rains
12                                     755 Page Mill Road
                                       Palo Alto, CA  94304-1018
13                                     Telephone: (650) 813-5600
                                       Facsimile: (650) 494-0792
14
                                       *Attorneys for Defendant John D. Danforth*
15

16 Dated: July 24, 2008                SHEARMAN & STERLING LLP

17
                                       /s/   Justin S. Chang
18                                     Justin S. Chang
                                       Jeffrey S. Facter
19                                     525 Market Street, 15th Floor
                                       San Francisco, CA  94105
20                                     Telephone: (415) 616-1100
                                       Facsimile: (415) 616-1199
21
                                       *Attorneys for Defendants William Davidow, Bruce
22                                     Dunlevie and Charles Geschke*

23 Dated: July 24, 2008                BERGESON, LLP

24
                                       /s/   Donald P. Gagliardi
25                                     Donald P. Gagliardi
                                       Daniel J. Bergeson
26                                     Elizabeth Dianne Lear
                                       Melinda Mae Morton
27                                     303 Almaden Blvd., Suite 500

28 JOINT STIPULATION TO CONTINUE HEARING DATE                                    - 2 -
   Case No. C-06-03512-JF

|   |   |   |
|---|---|---|
| 1 | | San Jose, CA  95110<br>Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000 |
| 2 | | |
| 3 | | *Attorneys for Defendant David Mooring* |
| 4 | Dated: July 24, 2008 | MCDERMOTT WILL & EMERY |
| 5 | | |
| 6 | | /s/   Matthew J. Jacobs<br>Peter J. Drobac |
| 7 | | Matthews J. Jacobs<br>3150 Porter Drive |
| 8 | | Palo Alto, CA  94304<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100 |
| 9 | | |
| 10 | | *Attorneys for Defendant Gary Harmon* |
| 11 | Dated: July 24, 2008 | AKIN, GUMP, STRAUSS, HAUER<br>         & FELD, L.L.P. |
| 12 | | |
| 13 | | /s/   Steven Kaufhould |
| 14 | | Steven Kaufhold<br>Maria Ellinikos |
| 15 | | 580 California Street, Suite 1500<br>San Francisco, CA  94104 |
| 16 | | Telephone: (415) 765-9560<br>Facsimile: (415) 765-9501 |
| 17 | | *Attorneys for Defendant Ed Larsen* |

**ORDER**

Pursuant to the Joint Stipulation, the preliminary approval hearing will be continued until September 5, 2008.

IT IS SO ORDERED.

Dated: __7/25/08_____

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE