| | |
|---|---|
| 1 | BORIS FELDMAN, State Bar No. 128838 |
| | DOUGLAS J. CLARK, State Bar No. 171499 |
| 2 | IGNACIO E. SALCEDA, State Bar No. 164017 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |

Attorneys for Nominal Defendant
and substituted Plaintiff Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAMBUS INC. DERIVATIVE LITIGATION | CASE NO.: C-06-3513 JF |
| _____ | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| This Document Relates To: | |
|    All Actions. | |
| _____ | |

WHEREAS, pursuant to the settlement of the derivative claims, which the Court approved, Nominal Defendant Rambus Inc. took over the claims against the sole remaining defendant Edward Larsen and was substituted as a plaintiff thereon;

WHEREAS, pursuant to the settlement of the derivative claims, the Court retained jurisdiction to enforce the terms of that settlement;

WHEREAS, Rambus and Mr. Larsen have reached an agreement to end the litigation;

WHEREAS, pursuant to that agreement, Rambus Inc. will dismiss the claims against Mr. Larsen;

1  WHEREAS, subject to the approval of the Court, Rambus Inc. and Mr. Larsen have agreed
2  that the Court would retain jurisdiction solely for purposes of enforcing their agreement, should
3  that be necessary;

4  THEREFORE, Rambus Inc. hereby dismisses the litigation and all claims against Mr.
5  Larsen with prejudice.

7  Dated: April 14, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Ignacio E. Salceda
      Ignacio E. Salceda

Attorneys for Nominal Defendant and substituted Plaintiff Rambus Inc.

Dated: April 14, 2011

KAUFHOLD GASKIN

By:  /s/ Steven Kaufhold
      Steven Kaufhold

Attorneys for Defendant Edward Larsen

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/18/11

The Hon. Jeremy Fogel
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order of Dismissal. In compliance with General Order 45.X.B, I hereby attest that Steven Kaufhold has concurred in this filing.

Dated: April 14, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ignacio E. Salceda
      Ignacio E. Salceda

Attorneys for Nominal Defendant and substituted Plaintiff Rambus Inc.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. C-06-3513 JF

-3-

4328273_1.DOCX